

# Fourth Court of Appeals
## San Antonio, Texas

May 5, 2022

No. 04-22-00178-CV

**WEBB CONSOLIDATED INDEPENDENT SCHOOL DISTRICT**,
Appellant

v.

Robert **MARSHALL** and Amy Marshall,
Appellees

From the County Court At Law No 1, Webb County, Texas
Trial Court No. 2020CVK001053C1
Honorable Hugo Martinez, Judge Presiding

# O R D E R

The Appellant's Motion for Extension of Time to File Brief is hereby GRANTED. The appellant's brief is due on or before May 12, 2022.

_Liza A. Rodriguez_
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of May, 2022.

_Michael A. Cruz_
Michael A. Cruz,
Clerk of Court